No. 92–8822. JOHNSON v. CALIFORNIA, *ante*, p. 836. Respondent is requested to file a response to the petition for rehearing within 30 days.

No. 93–781. SINKFIELD ET AL. v. WESCH ET AL. C. A. 11th Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 93–6747. THIGPEN ET AL. v. UNITED STATES. C. A. 11th Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 93–6250. BRUCE v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir.;

No. 93–6253. ALLUM v. SECOND JUDICIAL DISTRICT COURT OF NEVADA ET AL. Sup. Ct. Nev.; and

No. 93–6293. WILLIAMS ET UX. v. SEEBER ET AL. C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 20, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 93–6273. ANTONELLI v. O'MALLEY. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until December 20, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 93–5204. IN RE ROUTT; and

No. 93–6642. IN RE MONROE. Petitions for writs of habeas corpus denied.

No. 93–6175. IN RE CONBOY; and

No. 93–6291. IN RE NEWTOP. Petitions for writs of mandamus denied.

No. 93–557. IN RE JOHNSON; and

No. 93–6203. IN RE CORETHERS. Petitions for writs of mandamus and/or prohibition denied.